RECEIVED
IN MONROE, LA.

APR 04 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-00069 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DEWAYNE A. MAJOR | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, as clarified by this Court's Ruling, and that judgment as recommended therein is warranted,

IT IS ORDERED that Defendant's Motion to Suppress [Doc. No. 32] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Provide Identification of Alleged RCI [Doc. No. 33] is also DENIED.

MONROE, LOUISIANA, this 3 day of April, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE