UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 11-00069 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DEWAYNE A. MAJOR | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration and for the reasons stated in the motion, and the Court finding that it is in the interest of justice,

IT IS ORDERED that the Unopposed Motion by the Government to Dismiss the Indictment Without Prejudice [Doc. No. 73] by the United States Attorney is GRANTED.

The Indictment in the case, *United States of America versus Dewayne A. Major*, Criminal No. 11-00069-01, charging Defendant Dewayne A. Major with a violation of 18 U.S.C. § 922(g)(1) for being a Felon in Possession of a Firearm and with Forfeiture Allegations is DISMISSED WITHOUT PREJUDICE; and Defendant Dewayne A. Major is released from federal custody. The United States Marshal's Service shall return him to the custody of the State of Louisiana.

MONROE, LOUISIANA, this 24th day of October, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE